**ON REHEARING**
**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1342**

---

ALFRED T. THOMAS,

                Plaintiff - Appellant,

      v.

CHRISTY T. MANN, Judge; MECKLENBURG COUNTY GENERAL DISTRICT
& CIRCUIT COURTS; MCDOWELL STREET CENTER FOR FAMILY LAW,
INCORPORATED; DONNA JACKSON; AIDA CORREA; PETER GORMAN;
JAMES G. MIDDLEBROOKS; GRAHAM C. MULLEN; NORTH CAROLINA,

                Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Frank D. Whitney,
District Judge. (3:08-cv-00502-FDW-1)

---

Submitted: July 23, 2009        Decided: January 14, 2010

---

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Alfred T. Thomas, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred T. Thomas appeals the district court's order dismissing his civil rights complaint based upon a previously issued prefiling injunction. Although we initially dismissed this appeal on the ground that Thomas failed to file a timely notice of appeal, we granted Thomas' petition for panel rehearing[*] and now consider the merits of the appeal. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Thomas v. Mann, No. 3:08-cv-00502-FDW-1 (W.D.N.C. Jan. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Because no member of the court called for a vote on Thomas' petition for rehearing en banc, the petition was denied. See 4th Cir. R. 35(b).